UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JOHN THIERY, JR.,

          Petitioner,

v.

MARGARET GILBERT

          Respondent.

CASE NO. 3:16-cv-06034 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation [Dkt. #5].

(2)     Petitioner's motion for *informa pauperis* (Dkt. 1) is denied as moot.

**DATED** this 20th day of January, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1