UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JOHN THIERY, JR.,

                Plaintiff,

    v.

MARGARET GILBERT,

                Defendants.

CASE NO. 3:16-cv-06034 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)      The Court adopts the Amended Report and Recommendation [Dkt. #9].

(2)      Petitioner filed a second or successive petition for relief under 28 U.S.C. § 2254 without the Ninth Circuit's permission.  He argues his 1994 conviction is unconstitutional after the Washington Supreme Court's 2014 ruling in *State v. Williams*, 336 P.3d 1152 (2014).  Justice does not demand that the Court transfer his petition to the Ninth Circuit.  *See* CTA9 Rule 22-3.

(3)      Therefore, Petitioner's 28 U.S.C. § 2254 petition [Dkt. #4] is **DISMISSED WITHOUT PREJUDICE**.

(4)      The Clerk is directed to send copies of the Ninth Circuit Court of Appeals Form 12-Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255 and a copy of Ninth Circuit Rule 22.3.

(5)    The Clerk is also directed to send copies of this Order to Petitioner and to the Hon. J. Richard Creatura.

**DATED** this 13th day of March, 2017.

Ronald B. Leighton
United States District Judge